UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____

PETER G. GERACE, JR.,

                              Plaintiff,

v.

                                                          Case No. 1:22-cv-23328-KMW

MIAMI HERALD MEDIA COMPANY,
SUN-SENTINEL COMPANY, LLC,
JAY WEAVER, Individually and as
Reporter for the Miami Herald and,
MARIO ARIZA, Individually and as Reporter
For the South Florida Sun Sentinel,

                              Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Peter G. Gerace, Jr., through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice and without costs or attorneys' fees to any party, against Defendants Miami Herald Media Company, Sun-Sentinel Company, LLC, Jay Weaver and Mario Ariza.

Dated: November 10, 2022                Respectfully submitted,

                                                   **FREEDMAN NORMAND FRIEDLAND LLP**

                                                   */s/ Devin Freedman*
                                                   Devin (Velvel) Freedman, Esq.
                                                   Fla. Bar ID # 99762
                                                   1 SE 3rd Ave., Suite 1250
                                                   Miami, Florida 33131
                                                   Tel: (305) 753-3675
                                                   Email: vel@fnf.law

                                                   *Counsel for Plaintiff*